UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR-07-144-FVS |
| | ) | |
| Vs. | ) | ORDER GRANTING DEFENDANT'S |
| | ) | UNOPPOSED MOTION TO MODIFY |
| TRISTAN REYNOLDS, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant's Motion to Modify Conditions of Release having been read and considered, and

It appearing that neither the United States Attorney nor the United States Probation Office opposes said Motion,

**IT IS ORDERED** that the Motion to Modify **(Ct. Rec. 54)** is **GRANTED.** Defendant's condition of release requiring electronically monitored home confinement shall be lifted, and Mr. Reynolds shall not be required to be confined to his home. All other conditions of release shall remain in full force and effect.

DATED March 31, 2008.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY - 1