1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF WASHINGTON

8  UNITED STATES OF AMERICA,        )    No. CR-07-144-RHW-2
                                    )
9                Plaintiff,         )    ORDER GRANTING MOTION TO
                                    )    RECONSIDER AND SETTING
10 v.                               )    CONDITIONS OF RELEASE
                                    )
11 JOSHUA VAUSE,                    )
                                    )
12               Defendant.         )
                                    )
13 ————————————————————————————     )

14       At the June 20, 2008, hearing on Defendant's Motion to

15 Reconsider Bond (Ct. Rec. 58), Defendant was present with counsel

16 David Partovi.  The United States was represented by Assistant U.S.

17 Attorney K. Jill Bolton.  Also present was U.S. Probation Officer

18 Matt Thompson.

19       The United States deferred to the recommendation of Pretrial

20 Services.  Pretrial Services did not oppose Defendant's release.

21 Accordingly,

22       **IT IS ORDERED** the Defendant's Motion **(Ct. Rec. 58)** is **GRANTED.**

23 Defendant shall be released on the following conditions:

24       1.   Defendant shall not commit any offense in violation of

25 federal, state or local law.

26       2.   Defendant shall advise the court and the United States

27 Attorney in writing before any change in address.

28

ORDER GRANTING MOTION TO RECONSIDER AND SETTING CONDITIONS OF
RELEASE – 1

1    3.    Defendant shall appear at all proceedings and surrender as

2 directed for service of any sentence imposed.

3    4.    Defendant shall sign and complete form A.O. 199C before

4 being released and shall reside at the address furnished.

5    5.    **Except for court-related appearances, 2 hours each week**

6 **for attendance at spiritual services, employment, and drug testing,**

7 **Defendant shall remain under home detention.**

8    6.    Defendant shall remain in the Eastern District of

9 Washington while the case is pending.  On a showing of necessity,

10 Defendant may obtain prior written permission to leave this area

11 from the United States Probation Office.

12    7.    Defendant shall maintain or actively seek lawful

13 employment.

14    8.    Defendant shall not possess a firearm, destructive device

15 or other dangerous weapon.

16    9.    Defendant is further advised, pursuant to 18 U.S.C. §

17 922(n), it is unlawful for any person who is under indictment for a

18 crime punishable by imprisonment for a term exceeding one year to

19 ship or transport in interstate or foreign commerce any firearm or

20 ammunition or receive any firearm or ammunition which has been

21 shipped or transported in interstate or foreign commerce.

22    10.    Defendant shall refrain from the excessive use of alcohol,

23 and the use or possession of a narcotic drug and other controlled

24 substances defined in 21 U.S.C. § 802, unless prescribed by a

25 licensed medical practitioner.  Defendant shall undergo a substance

26 abuse evaluation, if directed by a United States Probation Officer,

27 and complete treatment indicated by the evaluation.  Defendant shall

28

ORDER GRANTING MOTION TO RECONSIDER AND SETTING CONDITIONS OF
RELEASE – 2

1  be responsible for the cost of testing, evaluation and treatment

2  unless the United States Probation Office should determine

3  otherwise.  The United States Probation Office shall also determine

4  the time and place of testing and evaluation and the scope of

5  treatment.  If random urinalysis testing is not done through a

6  treatment program, random urinalysis testing shall be conducted

7  through Pretrial Services, and shall not exceed six (6) times per

8  month.

9      11.  Defendant shall report to the United States Probation

10  Office before or immediately after his release and shall report as

11  often as they direct, at such times and in such manner as they

12  direct.  Defendant shall contact his attorney at least once a week.

13      12.  Defendant shall post a $25,000 appearance bond, to be co-

14  signed by Defendant's father.

15  **Defendant is advised a violation of any of the foregoing**

16  **conditions of release may result in the immediate issuance of an**

17  **arrest warrant, revocation of release and prosecution for contempt**

18  **of court, which could result in imprisonment, a fine, or both.**

19  **Specifically, Defendant is advised a separate offense is established**

20  **by the knowing failure to appear and an additional sentence may be**

21  **imposed for the commission of a crime while on this release.   In**

22  **this regard, any sentence imposed for these violations is**

23  **consecutive to any other sentence imposed.**

24      **IT IS FURTHER ORDERED** the United States Marshal shall keep

25  Defendant in custody until notified by the District Court Executive

26  or judicial officer that Defendant has posted bond and/or complied

27  with all other conditions for release.  Until such time, Defendant

28

ORDER GRANTING MOTION TO RECONSIDER AND SETTING CONDITIONS OF
RELEASE – 3

1  shall be produced before the appropriate judicial officer at the

2  time and place specified.

3        DATED June 20, 2008.

4

5                          S/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION TO RECONSIDER AND SETTING CONDITIONS OF
RELEASE – 4