UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. CR-07-144-RHW-1 |
| | ) | |
| Vs. | ) | ORDER GRANTING MOTION TO |
| | ) | EXPEDITE AND ORDER GRANTING |
| TRISTAN REYNOLDS, | ) | UNOPPOSED MOTION TO MODIFY |
| | ) | |
| Defendant. | ) | |

The Defendant's unopposed Motion to Modify Conditions of Release **[Ct. Rec. 76]** and Motion to Expedite Hearing **[Ct. Rec. 77]** having been read and considered; and it appearing that neither the United States Attorney nor the United States Probation Office opposes said Motion, NOW, THEREFORE,

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Expedite Hearing **[Ct. Rec. 77]** is **GRANTED.**

2. Defendant's Motion to Modify Conditions of Release **[Ct. Rec. 76]** is **GRANTED.**

3. The condition of release requiring Mr. Reynolds to reside at the home of his sister, Juliet Reynolds, in Portland, Oregon, is **modified** to allow him to reside in an apartment in the Portland,

ORDER - 1

1  Oregon, area.  All other conditions of release shall remain in full
2  force and effect.
3     DATED October 22, 2008.
4
5            S/ CYNTHIA IMBROGNO
             UNITED STATES MAGISTRATE JUDGE
6

ORDER - 2