UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) CR-07-144-RHW-1<br>) |
| Vs. | ) ORDER GRANTING<br>) UNOPPOSED MOTION |
| TRISTAN REYNOLDS, | )<br>) |
| Defendant. | ) |

The Defendant's unopposed Motion to Modify Conditions of Release **(Ct. Rec. 95)** having been read and considered; and it appearing that the United States Attorney does not oppose said Motion,

**IT IS ORDERED**:

1. Defendant's Motion to Modify Conditions of Release **[Ct. Rec. 95]** is **GRANTED.**

2. The condition of release requiring Mr. Reynolds to post a $25,000 corporate surety bond is lifted and said bond shall be exonerated. All other conditions of release shall remain in full force and effect.

DATED February 18, 2009.

            S/ CYNTHIA IMBROGNO
        UNITED STATES MAGISTRATE JUDGE

ORDER