UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | NO. CR-07-144-RHW-1 |
| ) | |
| vs. ) | ORDER GRANTING UNOPPOSED |
| ) | MOTION TO MODIFY CONDITIONS |
| TRISTAN REYNOLDS, ) | OF PRETRIAL RELEASE TO |
| ) | ALLOW TRAVEL |
| Defendant. ) | |

The Defendant's Motion to Modify Conditions of Pretrial Release to Allow Travel **[Ct. Rec. 176]** having been read and considered; and the United States having no objection to said Motion, NOW, THEREFORE,

**IT IS ORDERED** Defendant's unopposed Motion to Modify Conditions of Pretrial Release to Allow Travel **[Ct. Rec. 176]** is **GRANTED**.

Defendant shall be allowed to travel to Las Vegas, Nevada, for the purposes of participating in a family vacation, between the dates of November 23, 2010, through November 26, 2010. Defendant shall provide all travel information to his probation officer in the District of Oregon prior to his travel.

All other conditions of release shall remain in full force and effect.

DATED November 18, 2010.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY
CONDITIONS OF PRETRIAL RELEASE TO ALLOW TRAVEL - 1