UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-144-RHW-2 |
| | ) | |
| Plaintiff, | ) | ORDER FOLLOWING: |
| | ) | |
| v. | ) | ☑   INITIAL APPEARANCE |
| | ) | |
| JOSHUA VAUSE, | ) | ☑   MOTION GRANTED |
| | ) | **(Ct. Rec. 180)** |
| Defendant. | ) | |

Date of hearing: November 29, 2010.

☑   Petition for action: Post-trial or post-guilty plea, pre-sentencing

Defendant was advised of, and acknowledged, Defendant's rights.

☑   The court makes no findings as to the Petition.

☑   The Defendant's Motion to Modify **(Ct. Rec. 180)** is **GRANTED.** The Defendant shall be allowed to travel to Mercer Island, Washington, for work purposes.

DATED November 29, 2010.

                     S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER - 1